arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano*, 492 F.3d 624, 625 (5th Cir.2007), *cert. denied* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2007). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

PER CURIAM: *

Appealing the Judgment in a Criminal Case following remands for resentencing, Damacio Andrade–Castaneda raises arguments that are foreclosed by the law of the case doctrine. *See United States v. Matthews*, 312 F.3d 652, 657 (5th Cir.2002) (holding that under the law of the case doctrine, an issue of fact or law decided on appeal may not be reexamined by the appellate court on a subsequent appeal). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Damacio ANDRADE–CASTANEDA,**
**Defendant–Appellant.**

No. 07–10237.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 5, 2007.

Tamara Lynn Reno, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Lars Robert Isaacson, Bennett, Weston & Lajone, Dallas, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and PRADO, Circuit Judges.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alejandro SOTO–RODRIGUEZ,**
**Defendant–Appellant.**

No. 06–51644.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 5, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.